**Daramus JONES, Plaintiff–Appellant,**

v.

**Freda THORNTON, Owner, Defendant–Appellee.**

No. 16-1705

United States Court of Appeals, Fourth Circuit.

Submitted: September 29, 2016

Decided: October 3, 2016

Daramus Jones, Appellant Pro Se.

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daramus Jones appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jones v. Thornton, No. 1:16–cv–00576–JCC–IDD (E.D. Va. June 6, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED